## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Douglas S. Mills<br>            Debtor<br><br>Nationstar Mortgage LLC, its successors and/or assigns<br>           Moving Party<br>   vs.<br><br>Douglas S. Mills<br>           Debtor<br><br>Ronda J. Winnecour<br>           Trustee | CHAPTER 13<br><br><br>NO. 15-11061 TPA<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Notice of Post Petition Fee Notice of Nationstar Mortgage LLC, which was filed with the Court on or about September 29, 2016.

                                                   Respectfully submitted,

                                                   **/s/ Joshua I. Goldman, Esquire**
                                                   Joshua I. Goldman, Esquire
                                                   Attorney id# 205047
                                                   Attorneys for Movant/Applicant
                                                   KML Law Group, P.C.
                                                   Main Number: (215) 627-1322

October 4, 2016