Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Douglas S. Mills** | : | Case No. 15−11061−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **11th day of April, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                   Case No. 15-11061-TPA
Douglas S. Mills                                                         Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-1          User: jmar              Page 1 of 1                 Date Rcvd: Apr 11, 2017
                              Form ID: 309            Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2017.
db             +Douglas S. Mills,    2986 POPLAR ST,    Erie, PA 16508-1680
14116501       +ERIE COUNTY COURTHOUSE,    140 W 6TH ST,    Erie, PA 16501-1011
14116502       +First Federal Credit Control,    24700 Chagrin Blvd 205,    Beachwood, OH 44122-5662
14116505        MORTGAGE SERVICE CENTER,    2001 LEADENHALL RD,    Mount Laurel, NJ 08054
14116506      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage LLC,     350 Highland Drive,
                 Lewisville, TX 75067)
14116507        Pinnacle Credit Sevices,    PO BOX 640,    Kimball, MN 55353
14167013       +UPMC COMMUNITY MEDICINE,    6681 Country Club Drive,    Golden Valley MN 55427-4601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14141289        EDI: CAPITALONE.COM Apr 12 2017 01:08:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC   28272-1083
14116503       +EDI: FORD.COM Apr 12 2017 01:08:00      FORD MOTOR CREDIT,   PO BOX 542000,
                 Omaha, NE 68154-8000
14116504       +EDI: MID8.COM Apr 12 2017 01:08:00      Midland Credit MGMT,   8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
                                                                                               TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
14180474*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage LLC,     P.O. Box 619096,   Dallas, TX 75261-9741)
                                                                                               TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Douglas S. Mills help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6
```