**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DOUGLAS S MILLS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:15-11061 TPA<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/02/2015 and confirmed on 11/27/2015 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 10,907.91 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 10,907.91 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,975.26 | |
| Trustee Fee | 423.72 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,398.98 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC(*)<br>Acct: 1521 | 0.00 | 8,508.93 | 0.00 | 8,508.93 |
| NATIONSTAR MORTGAGE LLC(*)<br>Acct: 1521 | 9,572.04 | 0.00 | 0.00 | 0.00 |
| | | | | 8,508.93 |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DOUGLAS S MILLS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WILLIS & ASSOCIATES<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAWRENCE W WILLIS ESQ<br>Acct: | 3,000.00 | 1,975.26 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |

| 15-11061 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type    Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| Acct: 0757 | | | | | |
| FORD MOTOR CREDIT CO(*) | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4252 | | | | | |
| HAMOT HOSPITAL | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| PINNACLE CREDIT SERVICES LLC | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| CAPITAL ONE BANK NA** | | 181.32 | 0.00 | 0.00 | 0.00 |
| Acct: 2697 | | | | | |
| UPMC COMMUNITY MEDICINE | | 103.66 | 0.00 | 0.00 | 0.00 |
| Acct: 8792 | | | | | |
| MIDLAND CREDIT MANAGEMENT INC | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8792 | | | | | |
| MORTGAGE SERVICE CENTER | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8792 | | | | | |
| UPMC(*) | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | | 8,508.93 |
|---|---|---|

TOTAL CLAIMED
PRIORITY              0.00
SECURED           9,572.04
UNSECURED           284.98

Date: 05/22/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com